

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

February 15, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/19/08

BY FACSIMILE
Hon. Sidney H. Stein
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1010
New York, NY 10007

       Re: Sash v. Plummer, et al.,
          07 Civ. 5536 (SHS) (JCF)

Dear Judge Stein:

  I write respectfully in response to the letter of pro se plaintiff Eliot S. Sash dated February 11, 2008, in which Sash submits his objections to the Report and Recommendation of Judge Francis. The Government intends to respond to Sash's letter, and also to move the Court to issue an injunction against Sash to prevent him from filing further vexatious and frivolous litigation. The Government believes a filing junction is appropriate because Sash has filed at least sixteen federal lawsuits since 2004, all of which have been dismissed, with the exception of one that is subject to a pending report and recommendation that recommends dismissal. The Government respectfully requests three weeks – until March 7, 2008 – to file its response and motion.

  I thank the Court for its consideration of this request.

              Respectfully submitted,

              MICHAEL J. GARCIA
              United States Attorney for the
              Southern District of New York

       By: _____
          DAVID BOBER
          Assistant United States Attorney
          (212) 637-2718

cc: Eliot S. Sash
   63 Bergenline Ave.
   Closter, NJ 07624

SO ORDERED 2/19/08

_____
SIDNEY H. STEIN
U.S.D.J.