

March 14, 2008

The Honorable Sidney H. Stein
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

Re: *Sash v. Plummer, Et Al.*
    07 Civ. 5536 (SHS)(JCF)

**MEMO ENDORSED**

Dear Judge Stein:

    I have just received the Government's response to my objection to the Report and Recommendation of Magistrate Francis (received on March 10, 2008). I have also received the Government's Motion for an Injunction regarding my filing lawsuit to redress grievances in accordance with my Rights as guaranteed by the First Amendment to the Constitution of the United States.

    Also, I am aware that Local Rule 6.1(b) requires that any opposing affidavits and answering memoranda be filed within ten business days after the service of the Motion (due on March 24, 2008).

    By this letter, I am respectfully requesting that I be given an additional 20-days in which to respond (due April 14, 2008). I spoke with Assistant United States Attorney David Bober by telephone on March 12, 2008, and Mr. Bober indicated that he did not have any objection to this 20-day enlargement in time.

    Please accept my appreciation for the Honorable Court's and Your Honor's valuable time in consideration of these matters.

                                        Respectfully submitted,

                                        Eliot S. Sash
                                        Plaintiff, Pro-Se
                                        63 Bergenline Avenue
                                        Closter, New Jersey 07624-1651
                                        Tel: (201) 750-1176
                                        Fax: (201) 750-1339

cc: via First Class Mail

    A.U.S.A. David Bober
    86 Chambers Street, 3rd Floor
    New York, N.Y. 10007

SO ORDERED 3/18/08

SIDNEY H. STEIN
U.S.D.J.