UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - -:
ELIOT S. SASH,                          : 07 Civ. 5536 (SHS) (JCF)
                                        :
             Plaintiff,                 :      O R D E R
                                        :
    - against -                         :
                                        :
DIANNE PLUMMER, United States           :
Probation Officer, Southern             :
District of New York; DEFENDANT         :
DOE #1, Supervisor of Defendant         :
Plummer, Southern District of New       :
York; CHRISTOPHER STANTON, Chief        :
United States Probation Officer,        :
Southern District of New York;          :
DEFENDANT DOES #2 to #10, United        :
States Probation Officers, Southern     :
District of New York; THE UNITED        :
STATES PROBATION DEPARTMENT FOR         :
THE SOUTHERN DISTRICT OF NEW YORK;      :
all of the Defendants in their          :
Official Capacities, and all of         :
the Defendants as Individuals,          :
                                        :
             Defendants.                :
- - - - - - - - - - - - - - - - - - - -:
JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

    The Court having determined by Order dated June 25, 2008 that this action was properly filed *in forma pauperis*, it is hereby ORDERED that defendants answer or move with respect to the Complaint by July 31, 2008.

                    SO ORDERED.

                    _____
                    JAMES C. FRANCIS IV
                    UNITED STATES MAGISTRATE JUDGE

Dated:  New York, New York
        June 26, 2008

1

Copies mailed this date:

Eliot S. Sash
63 Bergenline Avenue
Closter, New Jersey 07624-1651

David Bober, Esq.
Assistant United States Attorney
86 Chambers Street
New York, New York 10007