United States Attorney
Southern District of New York

86 Chambers Street
New York, New York 10007

July 30, 2008

**MEMO ENDORSED**

BY FACSIMILE
Hon. James C. Francis
United States Magistrate Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1960
New York, NY 10007

                    Re:    Sash v. Plummer, et al.,
                            07 Civ. 5536 (SHS) (JCF)

Dear Judge Francis:

      This Office represents the Probation Office of the Southern District of New York and United States Probation Officers Diane Plummer and Christopher Stanton in connection with the above-captioned matter brought by pro se plaintiff Eliot Sash. By order dated June 26, 2008, Your Honor ordered the defendants to respond to the complaint by July 31, 2008. Defendants intend to move to dismiss the complaint, and I write respectfully to request a thirty-day extension of time in which to file the motion. This request is necessitated primarily by the press of the Office's business, including my filing this week of two briefs in other cases in this Court and the Second Circuit court of appeals.

      I have spoken with Mr. Sash, and he consents to this request. I previously requested an extension of time to submit a brief to Judge Stein earlier in this case, but this is my first request for an extension of time to respond to the complaint.

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/4/08
```

I thank the Court for its consideration of this request.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York

By: _____
DAVID BOBER
Assistant United States Attorney
(212) 637-2718

cc: Eliot S. Sash
c/o Mrs. J. Sash
63 Bergenline Ave.
Closter, NJ 07624

8/4/08

Application granted.
SO ORDERED.

James C. Francis IV
USMJ

2